**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1194**

MATTHEW O'REILLY,

Plaintiff - Appellant,

v.

ADAM TSOTTLES, Route Manager, Waste Management; WASTE MANAGEMENT, INC.,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:18-cv-03622-GLR)

Submitted: April 20, 2023                    Decided: May 1, 2023

Before KING and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Matthew O'Reilly, Appellant Pro Se.  Geoffrey M. Gamble, SAUL EWING LLP, Baltimore, Maryland; John F. Stoviak, SAUL EWING LLP, Philadelphia, Pennsylvania, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew O'Reilly appeals the district court's orders dismissing his civil action for failure to state a claim under Fed. R. Civ. P. 12(b)(6) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm. *O'Reilly v. Tsottles*, No. 1:18-cv-03622-GLR (D. Md., Mar. 30, 2020 & Feb. 8, 2021). We deny O'Reilly's motion for partial summary affirmance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*